UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| 3D SYSTEMS, INC., | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| FORMLABS, INC. and KICKSTARTER, INC., | : |
| | : |
| Defendants. | : |
| | : |
| | x |

**Plaintiff's Answer to Local Rule 26.01 Interrogatories**

Pursuant to Local Rule 26.01, 3D Systems, Inc. hereby answers the Local Rule 26.01 Interrogatories as follows:

(A)    State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

Answer:  The Plaintiff is not aware of any subrogration claim in this case.

(B)    As to each claim, state whether it should be tried jury or nonjury and why.

Answer:  The Plaintiff requests a jury to declare the Plaintiff's rights under each claim.

(C)    State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

Answer:  The Plaintiff is wholly owned by 3D Holdings, LLC, a subsidiary of 3D Systems Corporation, a publically traded corporation.

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

Answer:  The Plaintiff filed the Complaint in the Rock Hill Division based on the Plaintiff's principle place of business.

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provided: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arrive from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

Answer:  This action is not related to any other matter filed in this District.

>                            Respectfully Submitted,
>
>                            ATTORNEYS FOR PLAINTIFF,
>
> Date:  November 20, 2012      /s/ Steven R. LeBlanc
>                            Steven R. LeBlanc (Fed. ID 7000)
>                            DORITY & MANNING, P.A.
>                            One Liberty Square
>                            55 Beattie Place, Suite 1600
>                            Greenville, South Carolina 29601
>                            srl@dority-manning.com
>                            Tel: (864) 271-1592
>                            Fax: (864) 233-7342
>
>                            Sidney David
>                            Jonathan A. David
>                            LERNER DAVID LITTENBERG
>                            KRUMHOLZ & MENTLIK, LLP
>                            600 South Avenue West
>                            Westfield, NJ 07090
>                            sdavid@ldlkm.com
>                            jdavid@ldlkm.com
>                            Tel: (908) 654-5000
>                            Fax: (908) 654-7866