UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| 3D SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 0:12-cv-03323-TLW |
| | ) | |
| FORMLABS, INC. and KICKSTARTER, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Local Civil Rule 6.01, Defendants Formlabs, Inc. and Kickstarter, Inc. (collectively, "Defendants") respectfully request an Order granting an extension of time to answer, move or otherwise respond to Plaintiff 3D Systems, Inc.'s Amended Complaint (Docket No. 20). A response to Plaintiff's Amended Complaint is currently due April 19, 2013. Defendants request an extension of fourteen (14) days to answer, move or otherwise respond to Plaintiff's Amended Complaint. May 3, 2013 would be the new deadline to respond to the Amended Complaint. The Plaintiff has consented to this extension request and joins in the motion.

As grounds for the extension request, Defendants submit that the Plaintiff 3D Systems and the Defendant Formlabs are currently negotiating an alternative dispute resolution protocol, which they endeavor to use to negotiate a global settlement of this dispute. Once the alternative dispute resolution protocol is executed, the parties anticipate seeking a Stay of the litigation for a set duration of time to allow time for settlement negotiations to occur.

While Kickstarter is not participating in the settlement discussion or alternative dispute protocol, Kickstarter believes that an extension is appropriate to permit discussions between 3D Systems and Formlabs and consents to the extension request.

1

This extension would not affect any other deadlines in the case.

Respectfully submitted,

| | |
|---|---|
| DEFENDANTS FORMLABS, INC. and KICKSTARTER, INC., | 3D SYSTEMS, INC |
| By their undersigned attorneys, | By their undersigned attorney, |
| /s/ *Julianne Farnsworth*<br>Julianne Farnsworth (Fed. ID #4438)<br>FARNSWORTH LAW FIRM LLC<br>Albemarle Point Center<br>176 Croghan Spur Road, Suite 203<br>Charleston, South Carolina 29407<br>Tel: (843) 763-1289<br>Fax: (843) 763-1290<br>Email: Julianne@farnsworthlaw.com | /s/ *Steven R. LeBlanc*<br>Steven R. LeBlanc (Fed. ID #7000<br>DORITY & MANNING, P.A.<br>55 Beattie Place, Suite 1600<br>Greenville, South Carolina 29602<br>Tel: (864) 271-1592<br>Fax:(864) 233-7342<br>Email: srl@Dority-Manning.com |

Joshua M. Dalton
joshua.dalton@bingham.com
Lawrence T. Stanley, Jr.
lawrence.stanley@bingham.com
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726
(617) 951-8000

Robert C. Bertin
r.bertin@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC

IT IS SO ORDERED, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

2