UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| 3D SYSTEMS, INC., )<br>  )<br>            Plaintiff, )<br>     v. )<br>  )<br>FORMLABS, INC. and KICKSTARTER, INC., )<br>  )<br>            Defendants. )<br>_____) | C/A No.: 0:12-3323-TLW |

**ORDER**

This matter is before the Court for consideration of the parties' Joint Motion for Extension of Time for Defendants to File an Answer to Plaintiff's First Amended Complaint. (Doc. #42). In the motion, Plaintiff, 3D Systems, Inc. ("Plaintiff"), and Defendants, Formlabs, Inc. and Kickstarter, Inc. (collectively, "Defendants"), jointly request an Order granting a thirty (30) day extension of time for Defendants to answer, move or otherwise respond to the Plaintiff's First Amended Complaint. The motion states that the extension of time is requested because the Plaintiff and the Defendants are currently engaged in settlement negotiations. All parties consent to the requested extension of time. from the current deadline of October 3, 2013 to November 3, 2013.

Accordingly, after careful consideration and in the interest of judicial economy, it is **HEREBY ORDERED** that the parties' Joint Motion for Extension (Doc. # 42) is **GRANTED**. Therefore, the deadline for Defendants to answer, move or otherwise respond to the Plaintiff's First Amended Complaint is now November 3, 2013.

**IT IS SO ORDERED**.

s/ Terry L. Wooten
TERRY L. WOOTEN
Chief United States District Judge

October 2, 2013
Columbia, South Carolina