UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| 3D SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 0:12-cv-03323-TLW |
| | ) | |
| FORMLABS, INC. and KICKSTARTER, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, notice is hereby given by Plaintiff 3D Systems, Inc. that this action is voluntarily dismissed without prejudice as to Defendant Formlabs, Inc. and with prejudice as to Defendant Kickstarter, Inc.

Respectfully Submitted,

Date: November 8, 2013

*/s/ Steven R. LeBlanc*
Steven R. LeBlanc (Fed. ID 7000)
DORITY & MANNING, P.A.
P.O. Box 1449
Greenville, S.C. 29602-1449
Greenville, SC 29601
srl@dority-manning.com
Tel: (864) 271-1592
Fax: (864) 233-7342

ATTORNEYS FOR THE PLAINTIFF
3D SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL,** to be served on all counsel of record by means of the Court's Notice of Electronic Filing.

Respectfully submitted this 8th day of November, 2013,

             */s/ Steven R. LeBlanc*
            DORITY & MANNING, LLP
            Steven R. LeBlanc
            srl@dority-manning.com
            Two Liberty Square
            75 Beattie Place, Suite 1600
            Greenville, SC 29601
            (864) 271-1592
            (864) 233-7342 (fax)

            ATTORNEYS FOR THE PLAINTIFF
            3D SYSTEMS, INC.